UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA R. EDEJER, | ) |
| Plaintiff, | ) No. C09-1302 BZ |
| v. | ) **BRIEFING ORDER** |
| DHI MORTGAGE CO., et al., | ) |
| Defendant(s). | ) |

Following removal, defendants scheduled motions to be heard on June 17, 2009. That date is not available. Accordingly, **IT IS ORDERED** that defendants' motions will be heard on **June 3, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's opposition shall be filed by **April 17, 2009**. Defendants' reply shall be filed by **April 24, 2009.** On or before April 17, 2009 plaintiff and defendants shall consent to or decline magistrate judge jurisdiction.

///

///

1

1 | The form to consent to or decline magistrate judge
2 | jurisdiction may be found on the court's website at:
3 | http://www.cand.uscourts.gov.
4 | Dated:  April 3, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\EDEJER v. DHI MORTGAGE\BRIEFING ORDER AND CONSENT ORDER.wpd