ERIC D. HOUSER (SBN 130079)
JOSHUA H. ABEL (SBN 244592)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:   (949) 679-1112

Attorneys for Defendant, OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA R. EDEJER,<br><br>Plaintiff,<br><br>v.<br><br>DHI MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISRATION SYSTEMS, INC.; OCWEN LOAN SERVICING, LLC; HSBC BANK USA, NATIONAL ASSOCIATION; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: CV 09 1302 PJH<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Hon.:         Phyllis J. Hamilton<br><br>Complaint Filed:   Feb. 13, 2009<br>Trial Date:         None |

## JUDGMENT OF DISMISSAL

On June 12, 2009, the Court, having read and considered the papers presented by the parties, issued its ruling on Ocwen Loan Servicing, LLC's ("Ocwen") Motion to Dismiss Plaintiff's Complaint. The Court found the matter appropriate for disposition without a hearing.  The Honorable Phyllis J. Hamilton, United States District Judge was presiding.  The Court ruled as follows:  the Court granted Ocwen's Motion to Dismiss in its entirety with leave to amend.  The Court ordered that any amended complaint must comply with Federal Rules of Civil Procedure 8 and 9(b).  The amended pleading must be filed by July 3, 2009.

1    As of ~~July~~ / August __4__, 2009, which is several weeks post the time allotted
2    for plaintiff to amend her complaint, no amended complaint has been filed.  Good
3    cause appearing therefore:
4        IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:
5        Plaintiff's entire Complaint and this action against Ocwen Loan Servicing,
6    LLC is DISMISSED with / without prejudice.
7    **IT IS SO ORDERED.**
8    DATED:  8/4/09 _____         _____
9                                       HON. PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

---

[PROPOSED] JUDGMENT OF DISMISSAL - CV 09 1302 PJH
2