LEIGH A. STEPP, SBN 137707
lstepp@anwylaw.com
GLORIA GODINEZ, SBN 226867
gloria@anwylaw.com
ANWYL, SCOFFIELD & STEPP, LLP
Post Office Box 269127
Sacramento, California 95826-9127
Telephone:     (916) 565-1800
Facsimile:     (916) 565-2374

Attorneys for Defendant DHI MORTGAGE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA R. EDEJER,<br><br>Plaintiff<br><br>v.<br><br>DHI MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OCWEN LOAN SERVICING, LLC; HSBC BANK USA, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:09-CV-1302-PJH<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL OF DEFENDANT DHI MORTGAGE COMPANY<br><br>HON.:   Phyllis J. Hamilton<br><br>Complaint Filed:  02/13/2009<br>Trial Date:       Not Set |

On June 12, 2009, the Court, having read and considered the moving papers presented by the parties, issued its ruling on DHI MORTGAGE COMPANY's Motion to Dismiss Plaintiff's Complaint. The Court granted the Motion to Dismiss and entered an Order Granting Motions to Dismiss, without a hearing. The Order Granting Motions to Dismiss stated:

> "... Plaintiff shall file a first amended complaint in accordance with this Order no later than July 3, 2009. The first amended complaint must comply with Rule 8 and Rule 9(b). If the first amended complaint is either filed untimely or lacks a cognizable claim, this action will be dismissed with prejudice."

The Plaintiff did not file a first amended complaint by July 3, 2009. Good cause appearing therefore,

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's entire Complaint
2  and this action against DHI MORTGAGE COMPANY is hereby dismissed, with prejudice.
3  IT IS SO ORDERED.
4  DATED: 8/4/09

_____
J. HAMILTON
Judge Phyllis J. Hamilton