MICHAEL J. STEINER (State Bar No. 112079)
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
HSBC Bank USA, National Association and
Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA R. EDEJER,<br><br>    Plaintiff,<br><br>vs.<br><br>DHI MORTGAGE COMPANY, *et al.*,<br><br>    Defendants. | Case No.: 3:09-CV-1302 PJH<br><br>**[PROPOSED] FINAL ORDER DISMISSING ACTION AGAINST HSBC BANK USA, NATIONAL ASSOCIATION AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

On June 12, 2009, the Court granted defendants HSBC Bank USA, National Association and Mortgage Electronic Registration Systems, Inc.'s motion to dismiss the complaint submitted by plaintiff Lydia R. Edejer.  *See* Docket No. 24.  The motion was granted with leave to amend by July 3, 2009.

As plaintiff Edejer has not filed an amended complaint within that time, IT IS HEREBY ORDERED that the plaintiff's complaint against defendant HSBC Bank USA, National Association and Mortgage Electronic Registration Systems, Inc. is DISMISSED with PREJUDICE.

It is further ORDERED that the Case Management Conference scheduled for August 13, 2009, is hereby VACATED.

The Clerk of Court is directed to close the case file and any pending matters related to it.

**IT IS SO ORDERED**.

DATED: ___8/12/09_____

_____
The Honorable Phyllis J. Hamilton
United States District Judge

07725/0111/749294.1                                                                        [Proposed] Final Order
                                                                                          Case No.: 3:09-CV-1302 PJH